**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ALEJANDRO ARIAS-PEREZ**  **REG. # 58309-060** | : | **DOCKET NO. 2:23-cv-178**  **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN FCI OAKDALE II** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for habeas corpus should be **DENIED AND DISMISSED** because petitioner's claims are MOOT.

**THUS DONE AND SIGNED** in chambers this 26th day of January, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE